IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUDITH LEWIS, | § |
| Plaintiff, | § |
| VS. | § Civil Action No. 3:12-CV-2540-D |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., | § |
| Defendants. | § |

### ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, defendants' January 14, 2013 motion to dismiss is granted. Plaintiff's April 30, 2013 motion to issue an order is denied.

**SO ORDERED**.

May 30, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE